FILED by GM D.C.

ELECTRONIC

September 25, 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

# 09-CIV-61529-MORENO/TORRES

CATHRIN LORENTZ,

      Plaintiff,

vs.

SUNSHINE HEALTH PRODUCTS, INC.,
a Florida corporation, and CATHIE RHAMES,

      Defendants.

_____/

## COMPLAINT

Plaintiff, CATHRIN LORENTZ, by and through undersigned counsel sues the Defendants, SUNSHINE HEALTH PRODUCTS, INC, a Florida corporation, and CATHIE RHAMES, and as grounds therefore states the following:

    1.    This is an action for infringement of copyright pursuant to Title 17, United States Code.

    2.    Jurisdiction is founded upon 28 U.S.C. Section 1338.

    3.    Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1400(a).

    4.    At all times material hereto, Plaintiff, CATHRIN LORENTZ, was and is a professional model.

    5.    At all times material hereto Defendant, SUNSHINE HEALTH PRODUCTS, INC, a Florida corporation, was and is licensed to do business in the state of Florida.

6.      The Defendant, CATHRIN RHAMES, is the president and registered agent of SUNSHINE HEALTH PRODUCTS, INC.

7.      In connection with the operation of its business, Defendant, SUNSHINE HEALTH PRODUCTS, INC., advertises and sells a teeth whitening product entitled "Sunshine Smiles."

8.      Since approximately 2000, Plaintiff, CATHRIN LORENTZ has maintained a website which features Photographs from her Modeling Portfolio.

9.      Plaintiff, CATHRIN LORENTZ signed a written agreement with the photographer of the images at issue, transferring all rights, title and interest in the copyrights of the subject photographs to CATHRIN LORENTZ. Thus, CATHRIN LORENTZ is the sole owner of all rights, title and interest in each of said Photograph.

10.     In 2008, Defendants, SUNSHINE HEALTH PRODUCTS, INC. and CATHIE RHAMES, acting individually and in concert, copied multiple modeling photographs from Plaintiff, CATHRIN LORENTZ's webpage. Defendants, without permission and in knowing violation of copyright law, used Plaintiff, CATHRIN LORENTZ's photographs for advertisement and sale of its product, "Sunshine Smiles." Attached as Exhibit "A" are copies of the photographs used by Defendant.

11.     Prior to the institution of this action, Plaintiff, CATHRIN LORENTZ, complied in all respects with Title 17, United States Code and the laws governing copyright, by registering the photographs in question with the Registrar of Copyrights and by complying with all statutory deposit requirements of Title 17 U.S.C. §407.

## COUNT I
## COPYRIGHT INFRINGEMENT AGAINST
## SUNSHINE HEALTH PRODUCTS, INC.,
### a Florida Corporation

Plaintiff, CATHRIN LORENTZ readopts and realleges paragraphs 1 through 11 as if fully set forth herein and further states as follows:

12.     Defendant, SUNSHINE HEALTH PRODUCTS, INC., a Florida Corporation, was not authorized to use, alter, distribute, or make available for use Plaintiff, CATHRIN LORENTZ's, photographic images in the scope and/or manner in which it has and is thus liable as a direct infringer.

13.     Defendant, SUNSHINE HEALTH PRODUCTS, INC., a Florida Corporation, infringed upon Plaintiff's copyright by using and/or distributing Plaintiff's photographic images, identified above in the Complaint, and caused them to be published and placed on the market without Plaintiff's consent.  Examples of Defendants infringing uses are attached hereto as Exhibit "A".

14.     Defendant, SUNSHINE HEALTH PRODUCTS, INC., a Florida Corporation, illegally profited from their infringing activities.

15.     Defendant, SUNSHINE HEALTH PRODUCTS, INC., a Florida Corporation, is directly liable for copyright infringement pursuant to copyright law.

**WHEREFORE**, Plaintiff, CATHRIN LORENTZ, demands: That Defendant be required to pay all statutory damages and such damages as Plaintiff has sustained in consequence of Defendant's infringement of said copyright and to account and pay for all gains, profits and advantages derived by Defendant in its infringement of Plaintiff's copyright or such damages

*Lorentz v. Sunshine Health, et al.*
CASE NO.:

<u>PAGE 4 OF 7</u>                    /

as the Court may deem proper with the provisions of the copyright statutes; that Defendant

be required to pay all costs of this action and reasonable attorney's fees to be allowed to the

Plaintiff by this Court; and that Plaintiff have such other and further relief as is just and triable

by a jury.

**COUNT II**
**UNAUTHORIZED PUBLICATION OF LIKENESS**
**SUNSHINE HEALTH PRODUCTS, INC,**
**<u>a Florida corporation</u>**

Plaintiff, CATHRIN LORENTZ. readopts and realleges paragraphs 1 through 11 as if

fully set forth herein and further states as follows:

16.    Defendant, SUNSHINE HEALTH PRODUCTS, INC, a Florida corporation,

caused to be published advertisements containing a photographic image of the Plaintiff.

Attached as Plaintiff's Exhibit "A" are samples of Defendant's unauthorized uses.

17.    Defendant, SUNSHINE HEALTH PRODUCTS, INC., a Florida corporation,

intentionally published the photograph of the Plaintiff for commercial purposes without

consent in violation of Florida Statute §540.08.

18.    As a direct and proximate result of Defendant's actions, Plaintiff has been

damaged including but not limited to the loss of the value of the use of her image, the loss of a

## COUNT III
## COPYRIGHT INFRINGMENT AGAINST
## CATHIE RHAMES

Plaintiff, CATHRIN LORENTZ readopts and realleges paragraphs 1 through 11 as if fully set forth herein and further states as follows:

19.     Upon information and belief, Defendant CATHIE RHAMES, was primarily responsible for controlling the management, operation and maintenance of SUNSHINE HEALTH PRODUCTS, INC., a Florida Corporation.  Defendant, CATHIE RHAMES, had the opportunity to stop the infringing acts of SUNSHINE HEALTH PRODUCTS, INC., and profited from the direct infringement of SUNSHINE HEALTH PRODUCTS, INC.,

20.      As such, Defendant CATHIE RHAMES is liable under the doctrines of vicarious liability and direct liability for infringement of Plaintiff's photographs.

21.     In the alternative, Defendant, CATHIE RHAMES, is liable for contributory infringement of Plaintiff's photographs, on the grounds that CATHIE RHAMES knew of the direct infringement by SUNSHINE HEALTH PRODUCTS, INC., a Florida Corporation, and intentionally induced, encouraged and/or materially contributed to the direct infringement by SUNSHINE HEALTH PRODUCTS, INC.

22.     Defendant, CATHIE RHAMES, was not authorized to use, alter, distribute, or make available for use the subject photographs in the scope and/or manner in which she has.

23.     Defendant, CATHIE RHAMES, is vicariously liable or, in the alternative, contributorily liable, for copyright infringement pursuant to copyright law due to the publishing of the subject infringing ads and the acts of its agents, employees, and contractors,

including those of Defendant, SUNSHINE HEALTH PRODUCTS, INC.

**WHEREFORE**, Plaintiff, CATHRIN LORENTZ, demands: That Defendant be required to pay all statutory damages and such damages as Plaintiff has sustained in consequence of Defendant's infringement of said copyright and to account and pay for all gains, profits and advantages derived by Defendant in its infringement of Plaintiff's copyright or such damages as the Court may deem proper with the provisions of the copyright statutes; that Defendant be required to pay all costs of this action and reasonable attorney's fees to be allowed to the Plaintiff by this Court; and that Plaintiff have such other and further relief as is just and triable by a jury.

**COUNT IV**
**UNAUTHORIZED PUBLICATION OF LIKENESS**
**CATHIE RHAMES**

Plaintiff, CATHRIN LORENTZ. readopts and realleges paragraphs 1 through 11 as if fully set forth herein and further states as follows:

24.     Defendant, CATHIE RHAMES, caused to be published advertisements containing a photographic image of the Plaintiff.   Attached as Plaintiff's Exhibit "A" are samples of Defendant's unauthorized uses.

25.     Defendant, CATHIE RHAMES, intentionally published the photograph of the Plaintiff for commercial purposes without consent in violation of Florida Statute §540.08.

26.     As a direct and proximate result of Defendant's actions, Plaintiff has been damaged including but not limited to the loss of the value of the use of her image, the loss of a licensing fee and the dilution of the value of the use of her image.

**WHEREFORE**, Plaintiff, CATHRIN LORENTZ, demands: That Defendant be required

*Lorentz v. Sunshine Health, et al.*
CASE NO.:

PAGE 7 OF 7                                                      /

to pay all damages Plaintiff has sustained in consequence of Defendant's use of her image

including reasonable Defendant's profits and reasonable usage fees plus punitive damages

pursuant to Fla. Stat. §540.08.

      **DATED** this 23rd day of September, 2009.

                         **JOHN B. OSTROW, PA**
                         Counsel for Plaintiff
                         Courthouse Tower, Suite 1250
                         44 West Flagler Street
                         Miami, Florida 33130
                         Telephone:  (305) 358-1496
                         Facsimile:   (305) 371-7999

                         By: _____
                              JOHN B. OSTROW
                              Florida Bar Number:  124324
                              STEPHEN A. OSTROW
                              Florida Bar Number:  182338

# EXHIBIT "A"





USED AND ENDORSED BY
INTERNATIONAL MODEL

*Cathrin Lorentz*

http://www.cathrinlorentz.com





## ! ! ! ! BUY THE BEST ! ! ! !

22% Carbamide Peroxide. Orange Flavored with Natural Orange Oil. Our formula reduces tooth sensitivity. Optimized ph formula for higher whitening performance. Kosher grade glycerin (no animal byproducts). Enhanced stabilization of formula for increased whitening performance.

ELECTRONIC

**JS 44** (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) NOTICE: Attorneys MUST Indicate All Re-filed

**September 25, 2009**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## I. (a) PLAINTIFFS

CATHRIN LORENTZ,

**DEFENDANTS**

SUNSHINE HEALTH PRODUCTS, INC., a Florida corporation, and CATHIE RHAMES,

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   **BROWARD**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

JOHN B. OSTROW, ESQ., JOHN B. OSTROW, PA, COURTHOUSE TOWER, 44 WEST FLAGLER STREET, SUITE 1250, MIAMI, FLORIDA 33130 (305) 358-1496

Attorneys (If Known)

UNKOWN

**(d)** Check County Where Action Arose: ☐ MIAMI- DADE  ☐ MONROE  ☑ BROWARD  ☐ PALM BEACH  ☐ MARTIN  ☐ ST LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff

☑ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties in Item III)

09cv61529- Moreno/Torres

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☑ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☑ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☑ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R R & Truck | ☑ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | | | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | **SOCIAL SECURITY** | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | Act | ☐ 862 Black Lung (923) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security | or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | Act | ☐ 871 IRS—Third Party | ☐ 900 Appeal of Fee Determination |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | 26 USC 7609 | Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | **IMMIGRATION** | | |
| | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus-Alien Detainee | | |
| | | | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).

(See instructions second page):

a) Re-filed Case ☐ YES ☑ NO      b) Related Cases ☐ YES ☑ NO

JUDGE _____      DOCKET NUMBER _____

## VII. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):

TITLE 17, USC - COPYRIGHT INFRINGEMENT BY UNAUTHORIZED USE OF PHOTOGRAPHS

LENGTH OF TRIAL via 3 days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23      DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☑ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD

DATE
September 24, 2009

FOR OFFICE USE ONLY
AMOUNT $350   RECEIPT # 1009028

09/25/09