UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-CIV-61529-MORENO/TORRES

CATHRIN LORENTZ,

    Plaintiff,

vs.

SUNSHINE HEALTH PRODUCTS, INC., a Florida corporation, and CATHIE RHAMES,

    Defendants.

_____/

**PLAINTIFF'S EMERGENCY MOTION FOR PROTECTIVE ORDER**

**COMES NOW,** the Plaintiff, CATHRIN LORENTZ, by and through the undersigned counsel, hereby files this Emergency Motion For Protective Order and in support therefore state as follows:

1.    The Defendants seek a continuation of Plaintiffs deposition. The court has ordered that the Defendant is entitled to a maximum of two hours to conduct a continued deposition regarding the first sets of discovery propounded on the Plaintiff.

2.    The Plaintiff resides in England.

3.    The undersigned has provided the Defendant with dates of availability for the continued deposition and requested that the continued deposition be conducted either telephonically or via a video conference.

4.    Under such short notice, it is extremely burdensome and expensive for

Plaintiff to travel to Miami, Florida for a two hour continued deposition.

5.     Defense counsel has refused to accommodate the Plaintiff, stating in a letter dated May 7, 2010, that they have the "right to depose plaintiff face-to-face so as to be able to make the judgments about her testimony and demeanor…" On May 11, 2010, Defense counsel noticed Plaintiff for a continued deposition, taking place at their office on May 25, 2010.  Plaintiff did not offer this as a potential date and Defense Counsel did not seek to find out if Plaintiff would be available to appear on May 25, 2010.

6.     As previously proposed by the undersigned, a video-taped telephonic deposition would allow Defense counsel to adequately observe the Plaintiff.

7.     Moreover, defense counsel has attempted to negotiate with the undersigned concerning the allowance a video-taped deposition for the Plaintiff.  Defense counsel stated in their May 7, 2010 letter that they would allow Plaintiff to appear by video-taped deposition if the undersigned produces three other individuals for deposition as well. Defense counsel's willingness to make such concessions seems to curtail the legitimacy of any justification for requiring Plaintiff to appear in person. See the attached Exhibit.

8.     None of the parties to this action will be prejudiced by the video-taped appearance.

9.     Counsel for the Plaintiff has made a good faith effort to resolve the issues raised in this Motion.

**WHEREFORE**, the Plaintiff, CATHRIN LORENTZ, respectfully requests this Court enter an Emergency Protective Order allowing the Plaintiff to appear via a video-taped

telephonic deposition.

## CERTIFICATE OF COUNSEL

JOHN B. OSTROW, Counsel for Plaintiff, pursuant to Local Rule 26.1(I) and 7.1.A.3(a) of the Local Rules for the Southern District of Florida, hereby certifies that he has attempted to confer with Defendants' counsel in a good faith effort to resolve the issues raised in Plaintiff's Motion.

Respectfully submitted,

**JOHN B. OSTROW, PA**

By: ___/s/ John B. Ostrow___
JOHN B. OSTROW
Florida Bar Number: 124324
STEPHEN A. OSTROW
Florida Bar Number: 182338
MORGAN P. OSTROW
Florida Bar Number: 70188

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel on the attached service list this 12th day of May, 2010.

**JOHN B. OSTROW, PA**
Counsel for Plaintiff
Courthouse Tower, Suite 1250
44 West Flagler Street
Miami, Florida 33130
Telephone:  (305) 358-1496
Facsimile:   (305) 371-7999

*Lorentz v. Sunshine Health, et al.*
CASE NO.: 09-CIV-61529-MORENO/TORRES
PAGE 4 OF 5

By:    /s/ John B. Ostrow
     JOHN B. OSTROW
     Florida Bar Number: 124324
     STEPHEN A. OSTROW
     Florida Bar Number: 182338
     MORGAN P. OSTROW
     Florida Bar Number: 70188

## SERVICE LIST

*Counsel for Defendants*
Kevin P. Crosby, Esq.
Evan D. Appell, Esq.
Jeffrey T. Kuntz, Esq.
**GRAY ROBINSON PA**
401 East Las Olas Boulevard
Suite 1850
Fort Lauderdale, Florida 33301
    954-761-8111 – TEL
    954-761-8112 – FAX

# GRAY | ROBINSON
### ATTORNEYS AT LAW

SUITE 1850
401 EAST LAS OLAS BLVD. (33301)
POST OFFICE BOX 2328
FORT LAUDERDALE, FL 33303-9998
TEL 954-761-8111
FAX 954-761-8112
gray-robinson.com

*FORT LAUDERDALE*
*JACKSONVILLE*
*KEY WEST*
*LAKELAND*
*MELBOURNE*
*MIAMI*
*NAPLES*
*ORLANDO*
*TALLAHASSEE*
*TAMPA*

954-761-7510
KEVIN.CROSBY@GRAY-ROBINSON.COM

May 7, 2010

**VIA FACSIMILE**

Morgan P. Ostrow
JOHN B. OSTROW, PA
Courthouse Tower
44 West Flagler Street
Suite 1250
Miami, FL 33130

RE:   Cathrin Lorentz vs. Sunshine Health Products et al
      Deposition of Cathrin Lorentz
      Case No. 09-61529
      Our File No. 825403-2

Dear Morgan:

This letter responds to yours of May 6, 2010 regarding the continued deposition of your client, Cathrin Lorentz. We will require Ms. Lorentz to appear in person at our office for the continuation of her deposition on May 19, 2010 at 10am in our office in Fort Lauderdale. We have, and intend to exercise, the right to depose the plaintiff face-to-face so as to be able to make the judgments about her testimony and demeanor that the Federal Rules of Civil Procedure and Evidence permit. The general rule is that a plaintiff who brings suit in a particular forum may not avoid appearing for examination in that forum. *Levick v. Steiner Transocean Ltd.*, 228 F.R.D. 671 (S.D. Fla. 2005). Therefore, Ms. Lorentz must appear in person for her deposition.

However, we are willing to permit Ms. Lorentz to appear by video-taped telephonic deposition so long as we are able to depose Robin Mills, Peter Hall and Erik Von Holm via video-taped telephonic deposition within the discovery period in this case, **and** Messers. Mills, Hall and Von Holm will each accept and fully respond to a subpoena for documents prior to their depositions being taken.

Please let us know by the close of business on May 10, 2010 whether or not you will agree to this proposal. If not, we will be issuing a notice of deposition to Ms. Lorentz for May 19, 2010 in our Fort Lauderdale office. Furthermore, we will be seeking an order from the Court requesting one or more courts of competent jurisdiction in Europe to issue subpoenas on Messers. Mills, Hall and Von Holm. We have already engaged counsel in Europe to assist in the matter.

**GRAYROBINSON**
PROFESSIONAL ASSOCIATION

Morgan Ostrow
May 7, 2010
Page 2

Furthermore, Mr. Von Holm was included in your Rule 26 disclosures, but you have not provided us with his e-mail and street addresses and telephone number. Please provide that information to us immediately.

Sincerely,

Kevin P. Crosby

cc: Cathie Rhames

# 671088 v1