UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-61529-CIV-MORENO

CATHRIN LORENTZ,

    Plaintiff,

vs.

SUNSHINE HEALTH PRODUCTS, INC., a
Florida corporation, and CATHIE RHAMES,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DENYING IN PART MOTION FOR PARTIAL SUMMARY JUDGMENT AND DENYING MOTION IN LIMINE

THE MATTER was referred to the Honorable Edwin G. Torres, United States Magistrate Judge for a Report and Recommendation on Defendants' Motion for Partial Summary Judgment (**D.E. No. 136**), filed on **June 25, 2010** and Defendants' Motion in Limine (**D.E. No. 146**) filed on **July 7, 2010**. The Magistrate Judge filed a Report and Recommendation (**D.E. No. 195**) on **September 7, 2010**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Edwin G. Torres's Report and Recommendation (**D.E. No. 195**) on **September 7, 2010** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

    (1)    Defendant's Motion for Partial Summary Judgment is DENIED in part as to whether

Plaintiff has shown sufficient evidence of actual damages or entitlement to Defendants' profits under the Copyright Act. Although Defendants urge the Court, in their objections to consider new testimony not considered by Magistrate Judge Torres, the Court finds that new testimony merely creates more issues of fact and credibility regarding Plaintiff's entitlement to damages. Accordingly, the Court denies the Defendants' Motion for Partial Summary Judgment and will allow the Plaintiff to present evidence at trial regarding her entitlement to actual damages and Defendants' profits.

(2)    Defendants' Motion for Partial Summary Judgment is DENIED on the issue of Plaintiff's entitlement to punitive damages. The Court will allow Plaintiff to present evidence as to her entitlement to punitive damages.

(3)    Defendants' Motion for Partial Summary Judgment is GRANTED in part. Plaintiff is precluded from seeking statutory damages or attorney's fees on the copyright claims (Counts I and III). Plaintiff is not entitled to a presumption of validity on the copyright registrations for the photographs at issue here.

(4)    Defendants' Motion in Limine (**D.E. 146**) is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 15 day of ~~October~~ November, 2010.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Edwin G. Torres

Counsel of Record