UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-61529-CIV-MORENO

CATHRIN LORENTZ,

    Plaintiff,

vs.

SUNSHINE HEALTH PRODUCTS, INC., a
Florida corporation, and CATHIE RHAMES,

    Defendants.
_____/

## ORDER CLOSING CASE FOR STATISTICAL PURPOSES AND PLACING MATTER IN A CIVIL SUSPENSE FILE

THIS CAUSE came before the Court upon Plaintiff's Motion for Continuance **(D.E. No. 234)**, filed on **November 15, 2010** and the Calendar Call set on **November 16, 2010**.

Due to the health of the Plaintiff, the Court places the case in civil suspense until such time as the Plaintiff is ready to proceed with the case. For the reasons stated in Open Court, it is

**ADJUDGED** that:

(1)    This case is STAYED and the Clerk of this Court shall mark this cause as closed for statistical purposes and place the matter in a civil suspense file.

(2)    The Court shall retain jurisdiction and the case shall be restored to the active docket upon motion of a party if circumstances change so that this action may proceed to final disposition.

(3)    This order shall not prejudice the rights of the parties to this litigation.

(4)    Plaintiff SHALL notify the Court by  and every 3 months thereafter of the current

status of the proceedings and when this action is ready to proceed.

(5)     All pending motions are DENIED with leave to refile when this action is ready to proceed.

(6)     With the exception of the status report as set forth in this Order, the parties are precluded from filing any motions or performing any legal work on this case.

DONE AND ORDERED in Open Court at Miami, Florida, this ___ day of November, 2010.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record