`UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-CIV-61529-MORENO/TORRES

CATHRIN LORENTZ,

      Plaintiff,

vs.

SUNSHINE HEALTH PRODUCTS, INC.,
a Florida corporation, and CATHIE
RHAMES,

      Defendants.

_____/

**PLAINTIFF's NOTICE TO COURT PURSUANT
TO COURT ORDER OF NOVEMBER 16, 2010**

      **COMES NOW** the Plaintiff, CATHRIN LORENTZ, by and through undersigned

counsel and in compliance with the Court's order of November 16, 2010 states:

      Plaintiff Cathrin Lorentz continues to suffer from the medical condition that

previously impaired her ability to proceed to trial.  As a result of consultation(s) with her

physician, Catherin Lorentz believes she will be fit to proceed after May 2010.

      Respectfully submitted,

      **JOHN B. OSTROW, PA**


By:    /s/ John B. Ostrow_____
      JOHN B. OSTROW
      Florida Bar Number:  124324
      STEPHEN A. OSTROW
      Florida Bar Number:  182338
      MORGAN P. OSTROW
      Florida Bar Number:  70188

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing was electronically filed with

the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic

filing to all counsel on the attached service list this 2nd day of February, 2011.


**JOHN B. OSTROW, PA**
Counsel for Plaintiff
Courthouse Tower, Suite 1250
44 West Flagler Street
Miami, Florida 33130
Telephone:  (305) 358-1496
Facsimile:   (305) 371-7999


By:   /s/ John B. Ostrow
          JOHN B. OSTROW
          Florida Bar Number:  124324
          STEPHEN A. OSTROW
          Florida Bar Number:  182338
          MORGAN P. OSTROW
          Florida Bar Number:  70188

### SERVICE LIST

*Counsel for Defendants*
Kevin P. Crosby, Esq.
Evan D. Appell, Esq.
Jeffrey T. Kuntz, Esq.
**GRAY ROBINSON PA**
401 East Las Olas Boulevard
Suite 1850
Fort Lauderdale, Florida 33301
      954-761-8111 – TEL
      954-761-8112 – FAX