UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-CIV-61529-MORENO/TORRES

CATHRIN LORENTZ,

    Plaintiff,

vs.

SUNSHINE HEALTH PRODUCTS, INC., a Florida corporation, and CATHIE RHAMES,

    Defendants.

_____/

## NOTICE OF UNAVAILABILITY

**PLEASE TAKE NOTICE** that MORGAN P. OSTROW, counsel for Plaintiff, hereby notices all parties of her unavailability from **DECEMBER 30, 2011 THROUGH JANUARY 7, 2012**, and respectfully requests that no hearings, depositions or other discovery matters of any kind be scheduled during that period. The filing and service of this Notice shall constitute an application and request for continuance, extension of time and/or protective order as to any matters scheduled from this date forward during this time period in the absence of the undersigned.

Respectfully submitted,

**JOHN B. OSTROW, PA**

By:   /s/ John B. Ostrow
    JOHN B. OSTROW
    Florida Bar Number: 124324
    STEPHEN A. OSTROW
    Florida Bar Number: 182338
    MORGAN P. OSTROW
    Florida Bar Number: Pending

*Lorentz v. Sunshine Health, et al.*
CASE NO.: 09-CIV-61529-MORENO/TORRES
PAGE 2 OF 3

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system and that a true copy of the foregoing was provided, via ☒ First Class U.S. Mail, ☐ facsimile transmission, and/or ☐ hand-delivery, to all parties on the attached service list this 18th day of October, 2011.

**JOHN B. OSTROW, PA**
Counsel for Plaintiff
Courthouse Tower, Suite 1250
44 West Flagler Street
Miami, Florida 33130
Telephone: (305) 358-1496
Facsimile: (305) 371-7999


By: ___/s/ John B. Ostrow___
JOHN B. OSTROW
Florida Bar Number: 124324
STEPHEN A. OSTROW
Florida Bar Number: 182338
MORGAN P. OSTROW
Florida Bar Number: Pending

*Lorentz v. Sunshine Health, et al.*
CASE NO.: 09-CIV-61529-MORENO/TORRES
PAGE 3 OF 3

## SERVICE LIST

*<u>Counsel for Defendants</u>*
Kevin P. Crosby, Esq.
Evan D. Appell, Esq.
Jeffrey T. Kuntz, Esq.
**GRAY ROBINSON PA**
401 East Las Olas Boulevard
Suite 1850
Fort Lauderdale, Florida 33301
        954-761-8111 – TEL
        954-761-8112 – FAX